SIMPSON TIMBER COMPANY, *Respondent*, v. OLYMPIC AIR
POLLUTION CONTROL AUTHORITY, *Appellant*, THE
DEPARTMENT OF NATURAL RESOURCES,
*Respondent.*

Appeal directly to the Court of Appeals from a decision
of the Pollution Control Hearings Board. *Transferred* to
superior court.

*In the Matter of the Welfare of* FRANCIS ROYAL WARREN
STEVENS.
CALMER A. McCUNE, *as Guardian, Appellant*, v. FIRST
NATIONAL BANK IN PORT ANGELES, *as Guardian,*
*Respondent.*

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. 3457, Jay W. Hamilton, J., entered June
6, 1973. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA JEAN
SANDLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 61860, Albert N. Bradford, J., entered
August 31, 1973. *Affirmed* by unpublished opinion confirm-
ing an opinion delivered from the bench by Munson, J.,
concurred in by Green, C.J., and McInturff, J.

ROBERT AUSTIN *et al., Appellants*, v. THE STATE OF WASH-
INGTON *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 209621, Robert A. Jacques, J., entered Decem-
ber 11, 1972. *Affirmed* by unpublished per curiam opinion.